AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, Diane | Utica, NY | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

220 U.S. Courthouse
10 Broad Street
Utica, New York 13501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 |
| 2. | Co-Trustee | Trust #2 |
| 3. | Co-Trustee | Trust #4 |
| 4. | Co-Executor | ▨ estate |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Diane** | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Troy Web Consulting LLC - salary |
| 2. | 2017 | self-employed elder caregiver |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FJC educational seminar | 03/12/17-03/17/17 | Charleston, SC | educational seminar funded by the Federal Judicial Center | program, meals, hotel, air |
| 2. | Central NY Bankruptcy Bar Association | 03/31/2017 | Albany, NY | non-FJC educational seminar funded by BAR association | program fee |
| 3. | Albany Law School | 04/03/2017 | Albany, NY | lecture | program fee |
| 4. | Broome County Bar Association | 05/25/2017 | Binghamton, NY | non-FJC educational seminar funded by BAR association | program fee |
| 5. | Circuit Judicial Conference | 06/07/2017-06/09/2017 | New Paltz, NY | circuit judicial conference | program, meals, hotel, mileage |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Diane** | 05/15/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Court governance or administrative/managerial meetings | 08/18/2017 | Cooperstown, NY | meetings | meeting fee |
| 7. | Court governance or administrative/managerial meetings | 09/13/2017-09/15/2017 | Lake Placid, NY | meetings | meeting fee, meals, hotel, mileage |
| 8. | Central NY Bankruptcy Bar Association | 10/03/2017 | Syracuse, NY | non-FJC educational seminar funded by BAR association | program fee |
| 9. | Central NY and Capital District Bankruptcy Bar Associations | 10/20/2017-10/21/2017 | Cooperstown, NY | Bar Associations Annual Bankruptcy Conferernce | mileage, meals, hotel |
| 10. | Federal Court Bar Association, NDNY | 12/07/2017 | Albany, NY | non-FJC educational seminar funded by BAR association | program fee |

| Name of Person Reporting | Date of Report |
|---|---|
| **Davis, Diane** | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. -Fidelity Advisors Small Cap Fund Class A | A | Int./Div. | J | T | | | | | |
| 3. -Henderson Global Investors Intl Opport Fund A | A | Int./Div. | J | T | | | | | |
| 4. -Mainstay Large Cap Growth Fund Class A | A | Int./Div. | J | T | | | | | |
| 5. -MFS Value Fund Class A | A | Int./Div. | J | T | | | | | |
| 6. -FT Templeton Global Bond A | A | Int./Div. | J | T | | | | | |
| 7. -PIMCO Total Return Fund Class A | A | Int./Div. | J | T | | | | | |
| 8. -USB Bank USA Dep Acct | A | Int./Div. | J | T | | | | | |
| 9. -Virtus Multi-Sector Short Term Bond Fund Class A | A | Int./Div. | | | Sold | 06/27/17 | J | A | |
| 10. -USB PACE Large Company Growth Equity Investment Fund Class | A | Int./Div. | J | T | | | | | |
| 11. -UBS PACE Intl Emerging Mkts Equity Investment Fund Class P | A | Int./Div. | J | T | Sold (part) | 04/04/17 | J | A | |
| 12. -UBS PACE Large Company Value Equity Investment Fund Class P | A | Int./Div. | J | T | | | | | |
| 13. -UBS PACE International Equity Investment Fund Class P | A | Int./Div. | J | T | Buy (add'l) | 04/04/17 | J | | |
| 14. -UBS PACE Small/Medium Co Value Equity Investment Fund | A | Int./Div. | J | T | | | | | |
| 15. -UBS Government Sec Fixed Income Investment Fund | A | Int./Div. | J | T | | | | | |
| 16. -UBS Strategic Fixed Income Investment Fund Long | A | Int./Div. | J | T | | | | | |
| 17. -UBS High Yield Investments Class P | A | Int./Div. | J | T | Sold (part) | 04/04/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -CSRSX | A | Int./Div. | J | T | | | | | |
| 19.  -GTEYX | A | Int./Div. | J | T | | | | | |
| 20.  -FMI Large Cap Fund | A | Int./Div. | J | T | Sold (part) | 06/27/17 | J | A | |
| 21.  -Riverpark/Wedgewood Retail Funds | A | Int./Div. | | | Sold | 04/27/17 | J | A | |
| 22.  -UBS PACE Small/Medium Co Growth Equity Inv Class P | A | Int./Div. | J | T | | | | | |
| 23.  -UBS PACE International Fixed Investment Class P | A | Int./Div. | J | T | Buy (add'l) | 04/04/17 | J | | |
| 24.  -UBS PACE Alternative Strategies Investments Class P | A | Int./Div. | K | T | Buy (add'l) | 04/04/17 | J | | |
| 25.  -SPY | A | Int./Div. | J | T | Sold (part) | 06/29/17 | J | A | |
| 26.  -JVMIX | A | Int./Div. | J | T | Sold (part) | 06/27/17 | J | B | |
| 27.  -BND | A | Int./Div. | | | Sold | 06/29/17 | J | A | |
| 28.  -AQMNX | A | Int./Div. | J | T | | | | | |
| 29.  -JHAIX | A | Int./Div. | J | T | | | | | |
| 30.  -UBS PACE Interim Fixed Income | A | Int./Div. | J | T | | | | | |
| 31.  -OOSYX | A | Int./Div. | | | Sold | 03/28/17 | J | A | |
| 32.  -BGCIX | A | Int./Div. | J | T | Buy (add'l) | 06/27/17 | J | | |
| 33.  -RLSIX | A | Int./Div. | J | T | | | | | |
| 34.  -ICEUX (Y) | A | Int./Div. | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -NMPAX | A | Int./Div. | J | T | | | | | |
| 36. -VTI | A | Int./Div. | | | Sold | 06/29/17 | J | A | |
| 37. -BMDIX | A | Int./Div. | J | T | Sold (part) | 06/27/17 | J | A | |
| 38. -CWSIX | A | Int./Div. | J | T | Sold (part) | 06/27/17 | J | A | |
| 39. -IEF | A | Int./Div. | | | Sold (part) | 03/02/17 | J | A | |
| 40. | | | | | Buy (add'l) | 03/08/17 | J | | |
| 41. | | | | | Sold (part) | 04/26/17 | J | A | |
| 42. | | | | | Sold | 06/29/17 | J | A | |
| 43. -CLSIX | A | Int./Div. | | | Closed | 07/18/17 | J | | nontaxabe exchg to ln 44 |
| 44. -VCRSX | A | Int./Div. | J | T | Open | 07/18/17 | J | | nontaxable exchg frm ln 43 |
| 45. -BGLSX | A | Int./Div. | J | T | Buy (add'l) | 06/27/17 | J | | |
| 46. -BHYIX | A | Int./Div. | J | T | | | | | |
| 47. -Delaware Diversified Income I | A | Int./Div. | J | T | | | | | |
| 48. -EFA | A | Int./Div. | J | T | Sold (part) | 06/29/17 | J | B | |
| 49. -LQD | A | Int./Div. | J | T | Buy (add'l) | 02/27/17 | J | | |
| 50. | | | | | Sold (part) | 06/29/17 | J | A | |
| 51. -LSIIX | A | Int./Div. | | | Sold | 06/27/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -PONPX | A | Int./Div. | | | Sold | 06/27/17 | J | A | |
| 53.  -LFMIX | A | Int./Div. | J | T | | | | | |
| 54.  -PCGTX | A | Int./Div. | J | T | Sold (part) | 04/04/17 | J | A | |
| 55.  -IJR | A | Int./Div. | J | T | | | | | |
| 56.  -VO | A | Int./Div. | J | T | Sold (part) | 03/02/17 | J | A | |
| 57.  -IEFA | A | Int./Div. | J | T | Buy (add'l) | 02/27/17 | J | | |
| 58. | | | | | Sold (part) | 06/29/17 | J | A | |
| 59.  -IEMG | A | Int./Div. | K | T | Sold (part) | 03/02/17 | J | A | |
| 60. | | | | | Buy (add'l) | 06/29/17 | J | | |
| 61.  -VTV | A | Int./Div. | J | T | Buy (add'l) | 02/27/17 | J | | |
| 62. | | | | | Buy (add'l) | 05/24/17 | J | | |
| 63.  -VUG | A | Int./Div. | J | T | Buy (add'l) | 02/27/17 | J | | |
| 64. | | | | | Sold (part) | 05/24/17 | J | A | |
| 65.  -MBB | A | Int./Div. | | | Sold (part) | 03/02/17 | J | A | |
| 66. | | | | | Sold | 06/29/17 | J | A | |
| 67.  -EMB | A | Int./Div. | J | T | | | | | |
| 68.  -SHY | A | Int./Div. | | | Sold | 03/02/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -CRED | A | Int./Div. | K | T | Buy (add'l) | 02/27/17 | J | | |
| 70. -IEI | A | Int./Div. | | | Sold | 03/02/17 | J | A | |
| 71. -GOVT | A | Int./Div. | K | T | Buy (add'l) | 03/20/17 | J | | |
| 72. | | | | | Buy (add'l) | 04/06/17 | J | | |
| 73. | | | | | Buy (add'l) | 06/29/17 | J | | |
| 74. | | | | | Buy (add'l) | 07/26/17 | J | | |
| 75. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 76. | | | | | Sold (part) | 12/19/17 | J | A | |
| 77. -MINT | A | Int./Div. | J | T | | | | | |
| 78. -SCHP | A | Int./Div. | | | Sold | 04/06/17 | J | A | |
| 79. -JNK | A | Int./Div. | J | T | Sold (part) | 03/02/17 | J | A | |
| 80. | | | | | Sold (part) | 03/29/17 | J | A | |
| 81. | | | | | Buy (add'l) | 06/29/17 | J | | |
| 82. | | | | | Sold (part) | 07/26/17 | J | A | |
| 83. -BWX | A | Int./Div. | | | Sold (part) | 03/02/17 | J | A | |
| 84. | | | | | Sold | 06/29/17 | J | A | |
| 85. -EMKIX | A | Int./Div. | J | T | Buy (add'l) | 06/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -EMLC | A | Int./Div. | J | T | Buy (add'l) | 12/15/17 | J | | |
| 87. -PREQX (X) | A | Int./Div. | J | T | | | | | |
| 88. -VT (X) | A | Int./Div. | J | T | Buy (add'l) | 02/27/17 | J | | |
| 89. | | | | | Buy (add'l) | 03/24/17 | J | | |
| 90. | | | | | Buy (add'l) | 03/27/17 | J | | |
| 91. | | | | | Buy (add'l) | 05/24/17 | J | | |
| 92. | | | | | Buy (add'l) | 06/29/17 | J | | |
| 93. | | | | | Sold (part) | 09/26/17 | J | A | |
| 94. -IUSG | A | Int./Div. | J | T | Buy | 04/26/17 | J | | |
| 95. | | | | | Sold (part) | 06/27/17 | J | A | |
| 96. -OIGYX | A | Int./Div. | J | T | Buy | 06/27/17 | J | | |
| 97. -PBDPX | A | Int./Div. | J | T | Buy | 06/27/17 | J | | |
| 98. -QSPIX | A | Int./Div. | J | T | Buy | 06/27/17 | J | | |
| 99. -QFVIX | A | Int./Div. | J | T | Buy | 06/27/17 | J | | |
| 100. Brokerage Account #2 | | | | | | | | | |
| 101. NYS Retirement Plan - no control | | None | N | T | | | | | |
| 102. Trustco | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Keybank | A | Int./Div. | M | T | | | | | |
| 104. SEFCU | A | Interest | K | T | | | | | |
| 105. Citizens | A | Interest | J | T | | | | | |
| 106. Berkshire | A | Interest | | | Closed | 12/31/17 | J | | |
| 107. Brokerage Account #3 | | | | | | | | | |
| 108. Morgan Stanley Bank N.A. | A | Interest | N | T | | | | | |
| 109. -IWR | A | Int./Div. | K | T | | 11/01/17 | J | | transfer in from Trust |
| 110. -IJH | A | Int./Div. | K | T | | 11/01/17 | J | | transfer in from Trust |
| 111. -IJR | A | Int./Div. | K | T | Buy (add'l) | 02/21/17 | J | | |
| 112. | | | | | | 11/01/17 | J | | transfter in from Trust |
| 113. -IWM | A | Int./Div. | J | T | | 11/01/17 | J | | transfer in from Trust |
| 114. -FNX | A | Int./Div. | J | T | | | | | |
| 115. -FYX | A | Int./Div. | J | T | | | | | |
| 116. -EWJ | A | Int./Div. | J | T | | | | | |
| 117. -DIA | A | Int./Div. | K | T | Sold (part) | 02/21/17 | J | A | |
| 118. | | | | | | 10/31/17 | J | | transfer in from Trust |
| 119. | | | | | | 11/08/17 | J | | transfer in from Trust |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | 11/13/17 | J | | tranfer in from Trust |
| 121. -FEZ | A | Int./Div. | J | T | | | | | |
| 122. -SPY | A | Int./Div. | J | T | Sold (part) | 02/21/17 | J | A | |
| 123. | | | | | | 10/31/17 | J | | transfer in from Trust |
| 124. | | | | | | 11/08/17 | J | | transfer in from Trust |
| 125. | | | | | | 11/13/17 | J | | transfer in from Trust |
| 126. -VGK | A | Int./Div. | J | T | | 11/08/17 | J | | transfer in from Trust |
| 127. | | | | | | 11/13/17 | J | | transfer in from Trust |
| 128. -VPL | A | Int./Div. | J | T | Sold (part) | 02/21/17 | J | A | |
| 129. | | | | | | 11/08/17 | J | | transfer in from Trust |
| 130. -EWS | A | Int./Div. | J | T | Sold (part) | 02/21/17 | J | A | |
| 131. -EEM | A | Int./Div. | J | T | | | | | |
| 132. -EWY | A | Int./Div. | J | T | Sold (part) | 02/21/17 | J | A | |
| 133. -EWU (X) | A | Int./Div. | J | T | Buy (add'l) | 02/11/17 | J | | |
| 134. -MDY (X) | A | Int./Div. | J | T | | | | | |
| 135. -IWD (X) | A | Int./Div. | J | T | Buy (add'l) | 02/15/17 | J | | |
| 136. | | | | | | 10/31/17 | J | | transfer in from Trust |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -IWF (X) | A | Int./Div. | J | T | Buy (add'l) | 02/15/17 | J | | |
| 138. | | | | | | 10/31/17 | J | | transfer in from Trust |
| 139. | | | | | | 11/08/17 | J | | transfer in from Trust |
| 140.  -RSP | A | Int./Div. | J | T | | 10/31/17 | J | | transfer in from Trust |
| 141.  -IJJ | A | Int./Div. | J | T | | 10/31/17 | J | | transfer in from Trust |
| 142.  -MUXA | A | Int./Div. | J | T | | 11/01/17 | J | | transfer in from Trust |
| 143.  -JPM | A | Int./Div. | J | T | | 11/15/17 | J | | transfer in from Trust |
| 144.  -WMT | A | Int./Div. | J | T | | 11/15/17 | J | | transfer in from Trust |
| 145.  -MSFT | A | Int./Div. | J | T | | 11/15/17 | J | | transfer in from Trust |
| 146.  -VZ | A | Int./Div. | J | T | | 11/01/17 | J | | transfer in from Trust |
| 147.  -T | A | Int./Div. | J | T | | 11/15/17 | J | | transfer in from Trust |
| 148.  -CAT | A | Int./Div. | J | T | | 11/15/17 | J | | transfer in from Trust |
| 149.  -CSCO | A | Int./Div. | J | T | | 11/15/17 | J | | transfer in from Trust |
| 150.  -XOM | A | Int./Div. | J | T | | 11/15/17 | J | | transfer in from Trust |
| 151.  -JNJ | A | Int./Div. | J | T | | 11/15/17 | J | | transfer in from Trust |
| 152.  -WFC | A | Int./Div. | J | T | | 11/15/17 | J | | transfer in from Trust |
| 153.  -PG | A | Int./Div. | J | T | | 11/15/17 | J | | transfer in from Trust |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -AXP | A | Int./Div. | J | T | | 11/15/17 | J | | transfer in from Trust |
| 155. -AAPL | A | Int./Div. | J | T | | 11/15/17 | J | | transfer in from Trust |
| 156. -BK | A | Int./Div. | J | T | | 11/15/17 | J | | transfer in from Trust |
| 157. -BA | A | Int./Div. | J | T | | 11/15/17 | J | | transfer in from Trust |
| 158. -EMN | A | Int./Div. | J | T | | 11/01/17 | J | | transfer in from Trust |
| 159. | | | | | | 11/16/17 | J | | transfer in from Trust |
| 160. -HD | A | Int./Div. | J | T | | 11/15/17 | J | | transfer in from Trust |
| 161. -IBM | A | Int./Div. | J | T | | 11/15/17 | J | | transfer in from Trust |
| 162. -PEP | A | Int./Div. | J | T | | 11/16/17 | J | | transfer in from Trust |
| 163. -UTX | A | Int./Div. | J | T | | 11/15/17 | J | | transfer in from Trust |
| 164. -DIS | A | Int./Div. | J | T | | 11/15/17 | J | | transfer in from Trust |
| 165. Trust #1 | | | | | Closed | 12/31/17 | | | |
| 166. -buyout of 50% int in decedent's ownership of warehouse | B | Interest | | | Matured | 08/01/17 | L | | |
| 167. -Bank Deposit Program Citibank | A | Int./Div. | | | Closed | 11/15/17 | J | | |
| 168. -XOM | A | Int./Div. | | | Distributed | 11/15/17 | J | | |
| 169. -MS Liquid Asset Fund | A | Int./Div. | | | Distributed (part) | 11/06/17 | J | | |
| 170. | | | | | Distributed (part) | 11/15/17 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Distributed | 12/20/17 | J | | |
| 172. -EEM | A | Int./Div. | | | Distributed | 11/06/17 | J | | |
| 173. -VZ | A | Dividend | | | Distributed | 11/15/17 | J | | |
| 174. -JNJ | A | Dividend | | | Distributed | 11/15/17 | J | | |
| 175. -IBM | A | Dividend | | | Distributed | 11/15/17 | J | | |
| 176. -MSFT | A | Dividend | | | Distributed | 11/15/17 | K | | |
| 177. -MRK | A | Dividend | | | Distributed | 11/15/17 | J | | |
| 178. -HD | A | Dividend | | | Distributed | 11/15/17 | K | | |
| 179. -INTC | A | Dividend | | | Distributed | 11/15/17 | J | | |
| 180. -UTX | A | Dividend | | | Distributed | 11/15/17 | J | | |
| 181. -AXP | A | Dividend | | | Distributed | 11/15/17 | J | | |
| 182. -BA | A | Dividend | | | Distributed | 11/15/17 | K | | |
| 183. -T | A | Dividend | | | Distributed | 11/15/17 | J | | |
| 184. -PFE | A | Dividend | | | Distributed | 11/15/17 | J | | |
| 185. -JPM | A | Dividend | | | Distributed | 11/15/17 | J | | |
| 186. -PG | A | Dividend | | | Distributed | 11/15/17 | J | | |
| 187. -WMT | A | Dividend | | | Distributed | 11/15/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -GE | A | Dividend | | | Distributed | 11/15/17 | J | | |
| 189. -DIS | A | Dividend | | | Distributed | 11/15/17 | J | | |
| 190. -KO | A | Dividend | | | Distributed | 11/15/17 | J | | |
| 191. -CSCO | A | Dividend | | | Distributed | 11/15/17 | J | | |
| 192. -WFC | A | Dividend | | | Distributed | 11/15/17 | J | | |
| 193. -CAT | A | Dividend | | | Distributed | 11/15/17 | J | | |
| 194. -F | A | Dividend | | | Distributed | 11/15/17 | J | | |
| 195. -USB | A | Dividend | | | Distributed | 11/15/17 | J | | |
| 196. -Sector Rotation Account | A | Int./Div. | | | Closed | 11/15/17 | J | | |
| 197. -DIA | A | Int./Div. | | | Distributed | 11/06/17 | J | | |
| 198. -FEZ | A | Int./Div. | | | Sold | 11/01/17 | J | A | |
| 199. -SPY | A | Int./Div. | | | Distributed | 11/06/17 | J | | |
| 200. -VGK | A | Int./Div. | | | Distributed | 11/06/17 | J | | |
| 201. -VPL | A | Int./Div. | | | Distributed | 11/06/17 | J | | |
| 202. -EWJ | A | Int./Div. | | | Distributed | 11/06/17 | J | | |
| 203. -BAC | A | Dividend | | | Distributed | 11/15/17 | J | | |
| 204. -AAPL | A | Dividend | | | Distributed | 11/15/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.   - MET | A | Dividend | | | Distributed | 11/15/17 | J | | |
| 206.   -Bank of New York Mellon | A | Interest | | | Distributed | 11/15/17 | K | | |
| 207.   -Call JPM 1/19/18 (Y) | | | | | | | | | |
| 208.   -Call BA 5/19/17 (Y) | | | | | | | | | |
| 209.   -Call WFC 4/21/17 (Y) | | | | | | | | | |
| 210.   -Call MET 2/17/17 (Y) | | | | | | | | | |
| 211.   -Call JPM75.000 Jan (Y) | | | | | | | | | |
| 212.   -Call Metlife 47.500 Feb (Y) | | | | | | | | | |
| 213.   -EWY (X) | A | Int./Div. | | | Distributed | 11/06/17 | J | | |
| 214.   Trust #2 | | | | | Closed | 12/31/17 | | | |
| 215.   MS Liquid Asset Fund | A | Int./Div. | | | Distributed (part) | 02/13/17 | N | | |
| 216. | | | | | Distributed (part) | 02/16/17 | L | | |
| 217. | | | | | Distributed (part) | 02/17/17 | L | | |
| 218. | | | | | Distributed (part) | 02/21/17 | L | | |
| 219. | | | | | Distributed (part) | 10/30/17 | J | | |
| 220. | | | | | Distributed (part) | 11/01/17 | K | | |
| 221. | | | | | Distributed (part) | 11/07/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Distributed | 11/13/17 | J | | |
| 223. -MUXAX | A | Dividend | | | Distributed | 11/01/17 | K | | |
| 224. -XOM | B | Dividend | | | Distributed | 11/01/17 | K | | |
| 225. -EMN | A | Dividend | | | Distributed | 11/01/17 | J | | |
| 226. -EWU | A | Int./Div. | | | Buy (add'l) | 02/21/17 | J | | |
| 227. | | | | | Distributed (part) | 11/08/17 | J | | |
| 228. | | | | | Distributed | 11/13/17 | J | | |
| 229. -EWJ | A | Int./Div. | | | Distributed (part) | 11/08/17 | J | | |
| 230. | | | | | Distributed | 11/13/17 | J | | |
| 231. -IWR | A | Int./Div. | | | Distributed (part) | 10/30/17 | J | | |
| 232. | | | | | Distributed (part) | 11/01/17 | J | | |
| 233. | | | | | Distributed | 11/15/17 | J | | |
| 234. -IJH | A | Int./Div. | | | Distributed (part) | 10/30/17 | J | | |
| 235. | | | | | Distributed (part) | 11/01/17 | J | | |
| 236. | | | | | Distributed | 11/15/17 | J | | |
| 237. -IWM | A | Int./Div. | | | Distributed (part) | 10/30/17 | J | | |
| 238. | | | | | Distributed (part) | 11/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Distributed | 11/15/17 | J | | |
| 240. -IJR | A | Int./Div. | | | Buy (add'l) | 02/11/17 | J | | |
| 241. | | | | | Distributed (part) | 10/30/17 | J | | |
| 242. | | | | | Distributed (part) | 11/01/17 | J | | |
| 243. | | | | | Distributed (part) | 11/08/17 | J | | |
| 244. | | | | | Distributed (part) | 11/13/17 | J | | |
| 245. | | | | | Distributed | 11/15/17 | J | | |
| 246. -EWS | A | Int./Div. | | | Sold | 02/21/17 | J | A | |
| 247. -DIA | A | Int./Div. | | | Sold (part) | 02/21/17 | J | B | |
| 248. | | | | | Distributed (part) | 10/31/17 | K | | |
| 249. | | | | | Distributed (part) | 11/08/17 | K | | |
| 250. | | | | | Distributed | 11/14/17 | J | | |
| 251. Citibank Bank Deposit Program | A | Interest | | | Closed | 12/31/17 | J | | |
| 252. -EWY | A | Int./Div. | | | Sold | 02/21/17 | J | A | |
| 253. -JSOSX | A | Int./Div. | | | Sold | 06/08/17 | J | A | |
| 254. -MDY | A | Int./Div. | | | Buy (add'l) | 02/21/17 | J | | |
| 255. | | | | | Sold | 06/19/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -EEM | A | Int./Div. | | | Buy (add'l) | 02/21/17 | J | | |
| 257. | | | | | Distributed (part) | 11/08/17 | J | | |
| 258. | | | | | Distributed | 11/13/17 | J | | |
| 259. -IWF | A | Int./Div. | | | Buy (add'l) | 02/21/17 | J | | |
| 260. | | | | | Sold (part) | 06/19/17 | J | A | |
| 261. | | | | | Distributed (part) | 10/31/17 | J | | |
| 262. | | | | | Distributed (part) | 11/08/17 | J | | |
| 263. | | | | | Distributed (part) | 11/13/17 | J | | |
| 264. | | | | | Distributed | 11/14/17 | J | | |
| 265. -IWD | A | Int./Div. | | | Buy (add'l) | 02/21/17 | J | | |
| 266. | | | | | Sold (part) | 06/19/17 | J | A | |
| 267. | | | | | Distributed (part) | 10/31/17 | J | | |
| 268. | | | | | Distributed (part) | 11/08/17 | J | | |
| 269. | | | | | Distributed | 11/14/17 | J | | |
| 270. -IWO | A | Int./Div. | | | Distributed | 10/31/17 | J | | |
| 271. -IWN | A | Int./Div. | | | Distributed | 10/31/17 | J | | |
| 272. -IJK | A | Int./Div. | | | Sold | 06/15/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -IJJ | A | Int./Div. | | | Distributed (part) | 10/31/17 | J | | |
| 274. | | | | | Distributed | 11/14/17 | J | | |
| 275. -SPY | A | Int./Div. | | | Sold (part) | 02/21/17 | J | A | |
| 276. | | | | | Distributed (part) | 10/31/17 | J | | |
| 277. | | | | | Distributed (part) | 11/08/17 | K | | |
| 278. | | | | | Distributed | 11/14/17 | J | | |
| 279. -FXY | A | Int./Div. | | | Distributed | 11/01/17 | J | | |
| 280. Apple Inc corporate bond | A | Interest | | | Sold | 06/08/17 | J | A | |
| 281. Verizon Communications corporate bond | A | Interest | | | Sold | 06/08/17 | J | A | |
| 282. -FNX | A | Int./Div. | | | Distributed | 11/01/17 | J | | |
| 283. -FEZ | A | Int./Div. | | | Buy (add'l) | 02/21/17 | J | | |
| 284. | | | | | Distributed (part) | 11/08/17 | J | | |
| 285. | | | | | Distributed | 11/13/17 | J | | |
| 286. -VGK | A | Int./Div. | | | Buy (add'l) | 02/21/17 | J | | |
| 287. | | | | | Distributed (part) | 11/08/17 | J | | |
| 288. | | | | | Distributed | 11/13/17 | J | | |
| 289. -VPL | A | Int./Div. | | | Sold (part) | 02/15/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Distributed (part) | 11/08/17 | J | | |
| 291. | | | | | Distributed | 11/13/17 | J | | |
| 292. Caterpillar Financial corporate bond | A | Interest | | | Sold (part) | 06/08/17 | J | A | |
| 293. | | | | | Sold | 09/08/17 | J | A | |
| 294. Home Depot Inc. Corporate Bond | A | Interest | | | Sold | 06/08/17 | J | A | |
| 295. US Bancorp Corporate Bond | A | Interest | | | Sold | 06/08/17 | J | A | |
| 296. Microsoft Corp Corporate Bond | A | Interest | | | Sold | 06/08/17 | J | A | |
| 297. Wal-Mart Stores Inc. Corporate Bond | A | Interest | | | Sold | 06/08/17 | J | A | |
| 298. Toyota Motor Credit Corp Corporate Bon | A | Interest | | | Sold | 06/08/17 | J | A | |
| 299. -TXRAX | A | Int./Div. | | | Sold | 11/08/17 | J | A | |
| 300. -BB&T Corporation bond | A | Interest | | | Sold | 06/08/17 | J | A | |
| 301. -American Express Corporate Bond | A | Interest | | | Sold | 06/08/17 | J | A | |
| 302. -Bank of NY Mellon Corporate Bond | A | Interest | | | Sold | 06/08/17 | J | A | |
| 303. -VZ | A | Dividend | | | Distributed | 11/01/17 | J | | |
| 304. -RSP | A | Int./Div. | | | Distributed (part) | 10/31/17 | J | | |
| 305. | | | | | Distributed | 11/14/17 | J | | |
| 306. -Shell International Fin bond | A | Interest | | | Buy | 02/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold | 06/08/17 | J | A | |
| 308. -Novartis Sec Invest Ltd bond | A | Interest | | | Buy | 02/08/17 | J | | |
| 309. | | | | | Sold | 06/08/17 | J | A | |
| 310. Trust #4 | | | | | | | | | |
| 311. -Morgan Stanley cash | A | Interest | J | T | Distributed (part) | 11/09/17 | L | | |
| 312. | | | | | Distributed (part) | 11/10/17 | L | | |
| 313. | | | | | Distributed (part) | 11/13/17 | K | | |
| 314. | | | | | Distributed (part) | 11/28/17 | L | | |
| 315. -EMN | A | Dividend | | | Distributed | 11/16/17 | J | | |
| 316. -FE | A | Dividend | | | Distributed | 11/16/17 | J | | |
| 317. -PEP | A | Dividend | | | Distributed | 11/16/17 | J | | |
| 318. -YUM | A | Dividend | | | Distributed | 11/16/17 | J | | |
| 319. -Everflow Eastern Partners, LP | A | Distribution | | | Distributed | 12/31/17 | L | | |
| 320. -residential property Delray Beach, FL, Palm Beach County | | None | N | W | | | | | |
| 321. -note | A | Interest | | | Matured | 01/01/17 | K | | |
| 322. Canadaigua National Bank | A | Interest | | | Closed | 01/01/17 | J | | |
| 323. Morgan Stanley cash | A | Interest | | | Closed | 12/31/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Diane | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -YUMC (X) | A | Dividend | | | Distributed | 11/06/17 | J | | |
| 325. Brokerage Account #4 | | | | | | | | | |
| 326. -JPM | A | Dividend | J | T | | | | | |
| 327. -T | A | Dividend | J | T | | | | | |
| 328. -CAT | A | Dividend | J | T | | | | | |
| 329. -CSCO | A | Dividend | J | T | | | | | |
| 330. -KO | A | Dividend | J | T | | | | | |
| 331. -XOM | A | Dividend | J | T | | | | | |
| 332. -INTC | A | Dividend | J | T | | | | | |
| 333. -JNJ | A | Dividend | J | T | | | | | |
| 334. -WFC | A | Dividend | J | T | | | | | |
| 335. -PG | A | Dividend | J | T | | | | | |
| 336. -MCD | A | Dividend | J | T | | | | | |
| 337. -WMT (X) | A | Dividend | J | T | | | | | |
| 338. -MSFT (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I: I serve as a Co-trustee on two trusts (Trust #1 and Trust #2) with my two brothers. The trusts were established as part of my late father's estate and are for the benefit of my mother. We review the status of the trusts annually to assure they meet my mother's financial needs. My brothers and I have waived our right to receive our lawful commission from the trusts. The balance of these trusts will now go to the seven children equally, including myself, as a result of her passing in July 2015. The trusts were terminated during 2017.

I serve as Co-trustee on Trust #4 with one of my brothers. My position as co-trustee occured upon my mother's passing in July 2015 when the trust became irrevocable. The assets of the trust will be monitored and disposed of by the trustees and the balance will be distributed equally to her seven children, including myself. My brother and I have waived our right to receive our lawful commission from the trust.

I serve as Co-executor of my late mother's estate with one of my brothers. We are in the process of gathering information and data for the estate and a full accounting of its assets and liabilities is not available at this time. My brother and I have waived our right to any fees we may be entitled to from the estate. The estate was closing during 2017.

PART VII:

The fund on line 43 was tranferred in a nontaxable transaction to the fund on line 44.

Lines 111, 112 ,114, 115, 120-122, 125-129, 131, 138, 140-166 represent assets transferred in to the respective brokerage accounts as a result of distributions in-kind from the two trust accounts that were closed during 2017.

Line 165 indicates the aggregate total for Trust #1. All of the information listed in lines 165 through 213 are the holdings for this trust.

The Sector Rotation Account at Line 196 is an account that buys stocks in Sector Rotation style for Trust #1. All stocks within the Trust have been disclosed in Part VII.

Line 214 indicates the aggregate total for Trust #2. All of the information listed in lines 214 through 309 are the holdings for this trust.

Line 310 indicates the aggregate total for Trust #4. All of the information listed in lines 310 through 324 are the holdings for this trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diane Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544